```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  ROGER S. DOYLE
    Certified Law Student
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    THOMAS FRANCIS FAY III
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
    UNITED STATES OF AMERICA,       ) NO.  06-MJ-0203 DAD
13                                  )
                   Plaintiff,       ) STIPULATION AND ORDER
14                                  )
         v.                         ) Date: October 31, 2006
15                                  ) Time: 10:00 a.m.
    THOMAS FRANCIS FAY III,         ) Judge: Honorable Dale A. Drozd
16                                  )
                   Defendant.       )
17                                  )
    _____ )
18

19       The United States of America, through MATTHEW C. STEGMAN,

20  Assistant United States Attorney, together with defendant, THOMAS

21  FRANCIS FAY III, by and through his counsel TARA I. ALLEN of the

22  Federal Defenders Office, stipulate that the court trial set for

23  October 11, 2006 be continued to October 25, 2006 at 9:00 a.m.

24       Counsel recently received additional discovery on October 2, 2006

25  from the defendant and needs time to review this discovery and submit

26  motions in limine.

27  /////

28  /////
```

1     The Speedy Trial Act does not apply in this case.  Therefore, time
2 does not need to be excluded.

4 Dated: October 3, 2006

5                                   Respectfully submitted,

6/7                                   DANIEL J. BRODERICK
                                  Federal Defender

8                                 /s/ Tara I. Allen

9/10/11                                 _____
TARA I. ALLEN
Staff Attorney
Attorney for Defendant
THOMAS FRANCIS FAY III

12/13 Dated:  October 3, 2006          MCGREGOR W. SCOTT
                                  United States Attorney

14                                 /s/ Matthew Stegman

15/16                                 MATTHEW STEGMAN
                                Assistant U.S. Attorney

**O R D E R**

18     FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice
19 are served by granting this continuance to allow the defendant
20 sufficient time to prepare a defense.  Because October 25, 2006, is not
21 available date on the court's calendar, after consultation with the
22 parties IT IS HEREBY ORDERED that the court trial is now set for
23 **October 31, 2006 at 10:00 a.m.**
24 DATED: October 3, 2006.

                                _____
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/fay0203.stipord