```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    HANNI M. FAKHOURY
 4  Chief Certified Law Clerk
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorneys for Defendant
 8  THOMAS FRANCIS FAY, III

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,     ) No. 06-MJ-0203-DAD
15                                )
               Plaintiff,         )
16                                ) STIPULATION AND ORDER
         v.                       )
17                                )
    THOMAS FRANCIS FAY, III,      ) Date:  March 13, 2007
18                                ) Time:  9:00am
               Defendant.         ) Judge: Hon. Dale A. Drozd
19                                )
    _____ )
20
```

21     The United States of America, through MATTHEW C. STEGMAN, Assistant

22 United States Attorney, together with defendant, FRANCIS FAY, III, by and

23 through his counsel LINDA HARTER of the Federal Defender's Office,

24 stipulate that the status conference set for March 13, 2007 at 9:00 a.m.

25 be rescheduled for April 3, 2007 at 10:00 a.m.

26 /////

27 /////

28 /////

```
Dated:  March 8, 2007
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Linda C. Harter
                                    _____
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender

                                    HANNI M. FAKHOURY
                                    Chief Certified Law Clerk

                                    Attorneys for Defendant
                                    THOMAS FAY III



Dated: March 6, 2007                McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew Stegman
                                    _____
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
```

**O R D E R**

IT IS HEREBY ORDERED that at the request of the parties, the status conference in this matter will be continued and rescheduled to Tuesday, April 3, 2007 at 10:00 a.m.

DATED: March 8, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/fay0203.stipord.contstatus

U.S. v. Fay
06-mj-0203 DAD
Stipulation and Order                    -2-