DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Assistant Federal Defender
Designated Counsel for Service
ALEC GIBBS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS FAY III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS FAY III, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 07-00407-DLJ <br><br> APPELLANT'S UNOPPOSED REQUEST FOR EXTENSION OF TIME; [PROPOSED] ORDER <br><br> Judge: The Honorable D. Lowell Jensen |

      Appellant, by and through his undersigned counsel, Assistant Federal Defender Lexi Negin, hereby requests a 17-day extension of time to file appellant's opening brief to and including November 26, 2007, within which to file an opening brief in this matter. The appellee's brief would be due twenty-one days later, on December 17, 2007. Appellant's optional reply brief would be due five days later on December 24, 2007. The Court would set a new hearing date in January that is convenient for all parties. This request is made pursuant to Local Rule 6-144 and is supported by the following:

      1. Currently, the appellant's opening brief is scheduled to be filed today, November 9, 2007.

1  Shortly after the transcripts were filed, supervising appellate attorney Monica Knox was out of the office
2  for a period of time and was unable to supervise Alec Gibbs, the certified law clerk who is preparing the
3  opening brief.  Additionally, Mr. Gibbs' schedule was interrupted by two exams within the space of a
4  single week and the orientation of his new supervisor in the misdemeanor unit.  Mr. Gibbs has also
5  discovered that the hearing date of December 12 will conflict with a court trial he has scheduled for the
6  same day.

7      2. The extension period and dates chosen also reflect the realities of the holiday season.  The filing
8  date of November 26 is the first date the court will be open after the Thanksgiving Holiday.

9      3. Mr. Gibbs has spoken with the certified student attorney for the government, Joseph Cook, and
10  Mr. Cook has indicated the government has no opposition to an extension insofar as the new hearing date
11  does not conflict with any prior scheduling commitments.

12  Dated:  November 9, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/  Lexi Negin

_____
Lexi Negin
Assistant Federal Defender
Attorney for Defendant
THOMAS FAY III

DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Assistant Federal Defender
Designated Counsel for Service
ALEC GIBBS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS FAY, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-07-00407-DLJ |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THOMAS FAY, III, | ) |
| Defendant. | ) |

**GOOD CAUSE APPEARING**, appellant is hereby ordered to file an opening brief by November 26, 2007.  Appellee is ordered to file its brief on December 17, 2007.  Appellant may file an optional reply brief no later than December 24, 2007.  A new hearing date is set for 1/15/2008 at 11:00 a.m..

Dated: November 13, 2007

/s/ D. Lowell Jensen
D. Lowell Jensen
United States District Court Judge

-3-