```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  EMILY HADEN
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Cr. No. S-07-0407-JAM
                                 )
12       Plaintiff,              )  PETITION FOR PROBATION
                                 )  REVOCATION AND
13       v.                      )  ORDER TO APPEAR
                                 )
14  THOMAS FRANCIS FAY, III,     )  DATE:  September 9, 2008
                                 )  TIME:  10:00 a.m.
15                               )  JUDGE: HON. DALE A. DROZD
         Defendant.              )
16  _____)
```

On September 7, 2007, the above-named defendant entered a conditional guilty plea before United States Magistrate Judge Dale A. Drozd.  He was sentenced to three years court probation, subject to certain conditions, to commence upon disposition of any appeal.  The relevant conditions are as follows:

    1. Pursuant to 18 USC 3563(b)(10) the defendant shall be committed to the custody of the Bureau of Prisons for a term of 96 hours intermittent confinement. ... It shall be served within 60 days of resolution of the matter on appeal or from the final date of filing an appeal if no appeal is filed.

    2. The defendant shall enroll, participate in, and successfully complete the first offender alcohol education and counseling program, licensed pursuant to Section 111836 of the California Health and Safety Code and required by the

1

|   |   |
|---|---|
|   | California Department of Motor Vehicles, in the defendant's county of residence or employment. The defendant shall provide proof of enrollment within 30 days of judgment to the United States Attorney's Office, Misdemeanor Unit.  Upon completion of the program, the defendant shall provide proof to the Misdemeanor Unit. |
| 3. | The defendant shall enroll, participate in, and successfully complete a child abuser's treatment program.  Upon completion, the defendant shall provide proof to the Misdemeanor Unit of the ... United States Attorney's Office. |

Magistrate Judge Drozd further ordered that, unless the decision was reversed, all other provisions of probation would self-activate upon resolution of the matter on appeal.

The defendant filed an appeal on September 11, 2007.  The appeal was decided on February 28, 2008, when Senior Judge D. Lowell Jensen upheld the Magistrate Judge's decision.  The conditions of defendant's probation therefore became active on February 28, 2008.

The United States alleges that the defendant has violated the conditions of probation as follows:

1. The defendant has failed to report to the Bureau of Prisons to serve 96 hours of intermittent confinement. He was required to have completed those hours within 60 days of resolution of the matter on appeal, by approximately May 1, 2008.

2. The defendant has failed to provide proof of his enrollment in and completion of a first offender alcohol education and counseling program.  He was required to have done so within 30 days of resolution of the matter on appeal, on or around April 1, 2008.

///

2

3.   The defendant has failed to provide proof of his completion of a child abuser's treatment program.

The United States therefore petitions the Court to place this matter on its calendar for September 9, 2008, to order the defendant to show cause why probation should not be revoked.

Based on the facts as related to me by Emily Haden, the certified law clerk assigned to this case, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 25, 2008                    Respectfully Submitted,

                                          MCGREGOR W. SCOTT
                                          United States Attorney


                                     By:  /s/ S. Robert Tice-Raskin
                                          S. ROBERT TICE-RASKIN
                                          Assistant  U.S. Attorney


**ORDER**

Good Cause Appearing, the defendant is ordered to appear on September 9, 2008, at 10:00 a.m., before the Honorable Dale A. Drozd, United States Magistrate Judge, at the U.S. Federal Courthouse, 501-I Street, 8th Floor, Sacramento, California, to show cause why probation should not be revoked.

IT IS SO ORDERED.

DATED: August 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/fay0407.ord

3